# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISIAH LUCAS, JR., | ) | No. CV 09-5910-MMM(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES A. YATES (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: September 17, 2009

_Margaret M. Morrow_
MARGARET M. MORROW
United States District Judge